UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **EUROPEAN SERVICE, INC. d/b/a EUROPEAN MOTORS** | * | **CIVIL ACTION NO. 19-0425** |
| **vs.** | * | **JUDGE TERRY A. DOUGHTY** |
| **COLONY INSURANCE CO.** | * | **MAG. JUDGE KAREN L. HAYES** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that this civil action be **DISMISSED WITHOUT PREJUDICE** for failure to comply with the orders of this Court. Fed. R. Civ. P. 41(b).

THUS DONE AND SIGNED this 28th day of August, 2019, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE